NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TROY HIERS,                                    )
                                               )
            Appellant,                         )
                                               )
v.                                             )          Case No. 2D17-3307
                                               )
STATE OF FLORIDA,                              )
                                               )
            Appellee.                          )
_____      )

Opinion filed February 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

PER CURIAM.

            Affirmed.

CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.